No. 60951.—Daprato Statuary Co. *v.* United States, protest 234761–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of statuettes and stations of the cross similar in all material respects to those the subject of Abstract 58592, the claim of the plaintiff was sustained.

No. 60952.—Maher-App & Company and D. C. Andrews & Co. of La., Inc. *v.* United States, protests 276119–K/14693 and 287179–K/14735 (New Orleans).

Opinion by Mollison, J. The protests were dismissed.

No. 60953.—L. Skalny Basket Co. et al. *v.* United States, protests 276201–K (B), 276452–K, and 278211–K (New York).

Opinion by Mollison, J. The protests were dismissed.

No. 60954.—Jos. Rotberg & Co., Inc., et al. *v.* United States, protests 940803–G, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained.

Mollison, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*